```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 24633
    YVETTE DE VOE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8237


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/01/2004 and was confirmed 08/25/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 12/21/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
MEADOWS CREDIT UNION       SECURED          8000.00         2680.78       8000.00
ADVANCE TIL PAYDAY         UNSECURED       NOT FILED            .00            .00
AMERICAN FAIR CREDIT ASO   UNSECURED       NOT FILED            .00            .00
AMERICASH LOANS LLC        UNSECURED         1131.60            .00         113.16
AMERICASH LOANS LLC        UNSECURED          446.14            .00          44.61
BURLINGTON COAT FACTORY    UNSECURED       NOT FILED            .00            .00
LST INVESTMENTS            SECURED NOT I     720.00             .00            .00
B-LINE/CROSS COUNTRY       UNSECURED          577.68            .00          57.77
DR SHAHLA                  UNSECURED       NOT FILED            .00            .00
FAST CASH USA              UNSECURED          260.24            .00          26.02
PREMIER BANCARD CHARTER    UNSECURED          385.68            .00          38.57
INSTANT CASH ADVANCE       UNSECURED       NOT FILED            .00            .00
JEWEL FOOD STORES          UNSECURED          694.05            .00          69.41
MCI                        UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED          866.75            .00          86.68
PAYDAY LOAN                UNSECURED       NOT FILED            .00            .00
PRODIGY COMMUNICATIONS C   UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED          994.51            .00          99.45
SHERWIN WILLIAMS CREDIT    UNSECURED       NOT FILED            .00            .00
TARGET                     UNSECURED       NOT FILED            .00            .00
TARGET                     NOTICE ONLY    NOT FILED            .00            .00
WAL MART STORES INC        UNSECURED          444.60            .00          44.46
WALMART                    UNSECURED       NOT FILED            .00            .00
MEADOWS CREDIT UNION       UNSECURED         7939.50            .00         793.95
MARC C SCHEINBAUM          DEBTOR ATTY     1,794.00                       1,794.00
TOM VAUGHN                 TRUSTEE                                          791.87
DEBTOR REFUND              REFUND                                            44.37

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24633 YVETTE DE VOE
```

```
-------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  14,685.10

PRIORITY                                              .00
SECURED                                          8,000.00
    INTEREST                                     2,680.78
UNSECURED                                        1,374.08
ADMINISTRATIVE                                   1,794.00
TRUSTEE COMPENSATION                               791.87
DEBTOR REFUND                                       44.37
                         ---------------   ---------------
TOTALS                   14,685.10               14,685.10
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                       PAGE   2
        CASE NO. 04 B 24633 YVETTE DE VOE